1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392     Fax: (510) 238-6500
   25880/423246
5
   Attorneys for Defendants
6  City of Oakland, et al.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID WARD; JAMES TYSON;              | Case No. C-07-04179-TEH
   | MARK ENGRAM; MICHAEL HOLMES;          |
12 | RICHARD RIX; TONY ARMSTRONG,          | STIPULATION TO CONTINUE
   |                                       | INITIAL CASE MANAGEMENT
13 |           Plaintiffs,                 | CONFERENCE AND [PROPOSED]
   |                                       | ORDER THEREON
14 |     vs.                               |
15 | CITY OF OAKLAND, et al.,              |
16 |           Defendants.                 |

17

18         It is hereby stipulated by the parties, through their respective counsel, that
19 the Initial Case Management Conference presently scheduled in the above-captioned
20 action for Monday, November 19, 2007 be continued to Monday, January 14, 2008 at
21 1:30 p.m. in the United States District Court, Courtroom 12, 19th Floor, Federal Building,
22 450 Golden Gate Avenue, San Francisco, California 94102. The parties further agree to
23 file their Case Management Conference Statement with the Court no later than
24 January 7, 2008 and to serve initial disclosures by that date.
25         Good cause exists for this continuance on the ground that counsel for
26 Defendants is set to appear for a pretrial conference at the time and date currently set for

the Initial Case Management Conference, Plaintiffs' counsel will be in a jury trial commencing November 26, 2007, and Defendants' counsel has a jury trial set for December 3, 2007.

DATED: November 13, 2007     OFFICE OF THE CITY ATTORNEY OF OAKLAND

By:_____/s/_____
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants
City of Oakland, et al.

DATED: November 13, 2007     LAW OFFICES OF JOHN L. BURRIS

By:_____/s/_____
BENJAMIN NISENBAUM
Attorneys for Plaintiffs
David Ward, et al.

DATED: November 13, 2007     HADDAD & SHERWIN

By:_____/s/_____
MICHAEL J. HADDAD
Attorneys for Plaintiffs
David Ward, et al.

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
11/14/07