United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH, KIRBY BRADSHAW, SPENCER LUCAS, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal coporation, WAYNE TUCKER, in his capacity as Chief of Police for the City of Oakland, MAYER, individually and in his capacity as a police officer for the City of Oakland, et al.,<br><br>      Defendants.<br>_____/ | No. C 07-6298 MHP<br><br><br><br><br><br><br><br><br><br><br>No. C 07-4179 MHP |
| DAVID WARD, MARK ENGRAM, MICHAEL HOLMES, RICHARD RIX, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the City of Oakland, RICHARD VASS, individually and in his capacity as a police officer for the City of Oakland, et al.,<br><br>      Defendants.<br>_____/ | **JUDGMENT PURSUANT TO RULE 54(b), <u>Fed. R. Civ. P.</u>** |

These actions were jointly tried by Judge Marilyn Hall Patel without a jury and the following decisions were entered:

<u>C 07-6298 MHP</u>

IT IS ORDERED AND ADJUDGED that plaintiff KIRBY BRADSHAW recover of defendants CITY OF OAKLAND and INGO MAYER the amount of $100,025.00 as and for actual damages and of defendant INGO MAYER the amount of $15,000.00 as and for punitive damages, along with costs of action.

IT IS ORDERED AND ADJUDGED that plaintiff SPENCER LUCAS recover of defendants CITY OF OAKLAND and INGO MAYER the amount of $105,025.00 as and for actual damages and of defendant INGO MAYER the amount of $25,000.00 as and for punitive damages, along with costs of action.

<u>C 07-4179 MHP</u>

IT IS ORDERED AND ADJUDGED that plaintiffs MARK ENGRAM, MICHAEL HOLMES and RICHARD RIX recover nothing from defendants CITY OF OAKLAND and RICHARD VASS and this action is DISMISSED on the merits as to these plaintiffs and the defendants CITY OF OAKLAND and RICHARD VASS recover costs from these plaintiffs.

The judgments in these two actions as to the above-named parties are entered pursuant to Federal Rule of Civil Procedure 54(b), the court finding there is no just reason for delay, the other parties in these two actions whose claims have not been adjudicated remain pending for

2

adjudication. Those claims involve different facts, incidents and officers and require separate motions, trials or other adjudication procedures.

The stipulation for a proposed order to extend the time for entry of judgment as to the claims of the above-named plaintiffs in action C 07-6298 is DENIED.

The stipulation for an extension of time to file a motion for attorneys' fees in C 07-6298 is GRANTED and such motion shall be filed on or before January 30, 2012.

Dated: November 15, 2011

_____
MARILYN HALL PATEL
United States District Judge