1  BARBARA J. PARKER, City Attorney, SBN 069722
   RANDOLPH W. HALL, Chief Assistant City Attorney, SBN 080142
2  ARLENE M. ROSEN, Senior Deputy City Attorney, SBN 100160
   CHARLES E. VOSE, Senior Deputy City Attorney, SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-6392, Fax:  (510) 238-6500
   SS02484/1094976
5
   Attorneys for Defendants
6  CITY OF OAKLAND, et al.

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JAMES TAYLOR, et. al., | Related Case No. C-04-4843-SI |
| 13              Plaintiffs,<br>     vs. | UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION AND [PROPOSED] ORDERS TO CONTINUE SETTLEMENT CONFERENCE AND DEADLINE FOR DISPOSITIVE MOTIONS |
| 14  CITY OF OAKLAND, et. al., | |
| 15              Defendants. | |
| 16  JIMMY RIDER, | |
| 17              Plaintiff,<br>     vs. | |
| 18  CITY OF OAKLAND, et. al., | |
| 19              Defendants. | |
| 20  (Case No. C-05-3204-MHP) | |
| 21  DARNELL FOSTER, et. al., | |
| 22              Plaintiffs,<br>     vs. | |
| 23  CITY OF OAKLAND, et. al., | |
| 24              Defendants. | |
| 25  (Case No. 3:05-cv-3110-MHP) | |

26  JOINT CAPTION CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1 | TYRONE MOORE, et al. |
| 2 | Plaintiffs, |
| | vs. |
| 3 | |
| | CITY OF OAKLAND, et. al., |
| 4 | |
| | Defendants. |
| 5 | |
| | (Case No. C-06-2426-MHP) |
| 6 | |
| | JEFFRIE MILLER, et. al., |
| 7 | |
| | Plaintiffs, |
| 8 | vs. |
| 9 | CITY OF OAKLAND, et. al., |
| 10 | Defendants. |
| 11 | (Case No. 07-1773-MHP) |
| 12 | TERRELL TURNER, et al. |
| 13 | Plaintiffs, |
| 14 | vs. |
| 15 | CITY OF OAKLAND, et al., |
| 16 | Defendants. |
| 17 | (Case No. C-08-3114-MHP) |
| 18 | LAWRENCE COLEY, et al. |
| 19 | Plaintiffs, |
| 20 | vs. |
| 21 | CITY OF OAKLAND, et al., |
| 22 | Defendants. |
| 23 | (Case No. C-08-4255-MHP) |
| 24 | |
| 25 | |
| 26 | |

1  The parties to the above-captioned actions, by and through their respective counsel, submit their updated Case Management Conference Statement, and hereby stipulate and agree that the Settlement Conference presently scheduled for Friday, February 8, 2013 at 9:30 a.m. before the Honorable Nathanael Cousins, and the deadline for filing dispositive motions regarding the remaining injunctive relief issues be continued approximately seventy-five (75) days.

Good cause exists for these continuances on the grounds that after meeting and conferring on January 24, 2013, counsel for the parties made significant progress toward reaching an agreement on the injunctive relief claims, including further revisions to the Oakland Police Department ("OPD") field strip search policy and proposed oversight and monitoring to ensure implementation and compliance with these policy changes. As the parties believe they can resolve these issues independently, they respectfully request this continuance to finalize the terms of their settlement agreement.

Dated: January 31, 2013

OFFICE OF THE CITY ATTORNEY OF OAKLAND

By_____/s/_____
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants CITY OF OAKLAND, et al.

Dated: January 31, 2012

LAW OFFICES OF JOHN L. BURRIS

By___/s/_____
JOHN L. BURRIS
Attorneys for Plaintiffs

Dated: January 31, 2012

HADDAD & SHERWIN

By_____/s/_____
MICHAEL J. HADDAD
Attorneys for Plaintiffs

**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that the Settlement Conference in the above captioned Matters, currently set for February 8, 2013 at 9:30 a.m. is continued to ~~April 26, 2013 at 9:30 a.m.~~ not later than 3/15/13. The parties shall promptly notify the Court should these matters settle. In the event they do not settle, the parties shall serve their respective settlement conference statements no later than ~~April 19, 2013~~. Per order of Judge Cousins

Dated: February 4, 2013

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

**[PROPOSED] ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS**

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is continued to ~~May 3, 2013~~ 4/1/13 for hearing on ~~June 7, 2013 at 9:00 a.m.~~ 5/10/13

Dated: February 4, 2013

_____
UNITED STATES DISTRICT JUDGE